# IN THE UNITED STATES DISTRICT COURT FOR THE
# WESTERN DISTRICT OF MISSOURI
# WESTERN DIVISION

| | |
|---|---|
| LINDT & SPRÜNGLI (NORTH AMERICA) INC., *et al.*, | )<br>)<br>) |
| Plaintiffs, | ) |
| v. | )     No. 22-00384-W-BP |
| | )<br>)<br>) |
| GXO WAREHOUSE COMPANY, INC., | )<br>) |
| Defendant. | ) |

## PLAINTIFFS' MOTION TO AFFIRM ABILITY TO SEEK PUNITIVE DAMAGES BASED ON CURRENT PLEADING
## OR, IN THE ALTERNATIVE,
## FOR LEAVE TO AMEND PLAINTIFFS' FIRST AMENDED COMPLAINT

Plaintiffs Lindt & Sprüngli (North America) Inc., Lindt & Sprüngli (USA) Inc., Ghirardelli Chocolate Company, and Russell Stover Chocolates, LLC respectfully request the Court affirm their ability to seek punitive damages based on their current pleading or, in the alternative, move for leave to amend Plaintiffs' First Amended Complaint. For the reasons set forth in Plaintiffs' Suggestions in Support of this Motion, Plaintiffs' existing allegations are sufficient to seek punitive damages at trial or, alternatively, there is good cause to amend the First Amended Complaint.

Dated: October 24, 2023        Respectfully submitted,

                                                 */s/ Evan M. Rothstein*
                                                 Jeffrey J. Simon, MO Bar #3555
                                                 Taylor Concannon Hausmann, MO Bar #67056
                                                 HUSCH BLACKWELL LLP
                                                 Kansas City, Missouri 64112
                                                 Telephone: 816.983.8000

Facsimile: 816.983.8080
jeff.simon@huschblackwell.com
taylor.hausmann@huschblackwell.com

Evan M. Rothstein (pro hac vice)
Patrick B. Hall (pro hac vice)
ARNOLD & PORTER KAYE SCHOLER LLP
1144 Fifteenth Street, Suite 3100
Denver, Colorado 80202
Telephone: 303.863.1000
Evan.Rothstein@arnoldporter.com
Patrick.Hall@arnoldporter.com

Theresa M. House (pro hac vice)
Anna Kaul (pro hac vice)
Nathan A. King (pro hac vice)
ARNOLD & PORTER KAYE SCHOLER, LLP
250 West 55th Street
New York, NY 10019-9710
Telephone: (212) 836-8094

*Counsel for Plaintiffs Lindt & Sprüngli (North America) Inc., Lindt & Sprüngli (USA), Inc., Ghirardelli Chocolate Company, and Russell Stover Chocolates, LLC*