IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
WESTERN DIVISION

| | |
|---|---|
| LINDT & SPRÜNGLI (NORTH AMERICA) INC., *et al.*, <br><br> Plaintiffs, <br> v. <br><br> GXO WAREHOUSE COMPANY, INC., <br><br> Defendant. | No. 22-00384-W-BP |

**JOINT STIPULATION OF DISMISSAL WITH PREJUDICE**

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), Plaintiffs Lindt & Sprüngli (North America) Inc. ("Lindt NA"), Lindt & Sprüngli (USA), Inc. ("Lindt USA"), Ghirardelli Chocolate Company, and Russell Stover Chocolates, LLC, and Defendant GXO Warehouse Company, Inc. (hereafter collectively "Parties"), by and through their undersigned counsel, hereby stipulate to the dismissal of this action in its entirety, including all claims and counterclaims, with prejudice, with each party to bear its own attorneys' fees and costs.

The Parties agree and stipulate to this Court retaining jurisdiction to enforce the terms of the Parties' Confidential Settlement Agreement.

Dated:  July 9, 2024                                      Respectfully submitted,

By: *Evan M. Rothstein*
    Evan M. Rothstein (pro hac vice)
    Patrick B. Hall (pro hac vice)
    Suneeta Hazra (pro hac vice)
    ARNOLD & PORTER KAYE
    SCHOLER LLP
    1144 Fifteenth Street, Suite 3100
    Denver, Colorado 80202

By: *Lawrence C. Friedman*
    Lawrence C. Friedman, # 34382
    Jan P. Miller #58812
    Mark A. Mattingly, # 56536
    Allison B. Spors, #73099
    Daniel A. Garcia, #70071
    THOMPSON COBURN LLP
    One US Bank Plaza

Telephone: 303.863.1000
Evan.Rothstein@arnoldporter.com
Patrick.Hall@arnoldporter.com
Suneeta.Hazra@arnoldporter.com

Theresa M. House (pro hac vice)
Nathan A. King (pro hac vice)
ARNOLD & PORTER KAYE
SCHOLER, LLP
250 West 55th Street
New York, NY 10019-9710
Telephone: (212) 836-8094
Theresa.House@arnoldporter.com
Nate.King@arnoldporter.com

Peter H. Vogel (pro hac vice)
Kurt Riester (pro hac vice)
ARNOLD & PORTER KAYE
SCHOLER, LLP
70 West Madison Street, Suite 4200
Chicago, IL 60602-4231
Telephone: (312) 583-2300
Peter.Vogel@arnoldporter.com
Kurt.Riester@arnoldporter.com

Marc Cohn (pro hac vice)
Elisabeth Theodore (pro hac vice)
Robert S. Jones (pro hac vice)
Natalie Steiert (pro hac vice)
Daniel Yablon (pro hac vice)
ARNOLD & PORTER KAYE
SCHOLER, LLP
601 Massachusetts Ave, NW
Washington, DC 20001-3743
Telephone: (202) 942-5000
Marc.Cohn@arnoldporter.com
Elisabeth.Theodore@arnoldporter.com
Stanon.Jones@arnoldporter.com
Natalie.Steiert@arnoldporter.com
Daniel.Yablon@arnoldporter.com

Daniel Shimell (pro hac vice)
Nina Tauscher (pro hac vice)
ARNOLD & PORTER KAYE
SCHOLER, LLP
777 South Figueroa St. 44th

St. Louis, MO 63101
(314) 552-6000
(314) 552-7000 (facsimile)
lfriedman@thompsoncoburn.com
jmiller@thompsoncoburn.com
mmattingly@thompsoncoburn.com
abspors@thompsoncoburn.com
dgarcia@thompsoncoburn.com

Nikki Cannezzaro #49630
CANNEZZARO MARVEL LLC
4717 Grand Ave. Suite 130
Kansas City MO 64112
816 641-5600
816-641-5601 (fax)
nikki@cmlawkc.com

*Attorneys for GXO Warehouse Company, Inc*

Los Angeles, CA 90017-5844
Telephone: (213) 243-4000
Daniel.Shimell@arnoldporter.com
Nina.Tauscher@arnoldporter.com

Stacey Gilman, MO Bar #55690
Lauren Tallent, MO Bar #73304
BERKOWITZ OLIVER LLP
2600 Grand Boulevard, Ste. 1200
Kansas City, Missouri 64108
Telephone: 816.561.7007
sgilman@berkowitzoliver.com
ltallent@berkowitzoliver.com

*Counsel for Plaintiffs Lindt & Sprüngli (North America) Inc., Lindt & Sprüngli (USA), Inc., Ghirardelli Chocolate Company, and Russell Stover Chocolates, LLC*