IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
WESTERN DIVISION

| | |
|---|---|
| LINDT & SPRÜNGLI (NORTH AMERICA), INC., *et al.*, | ) ) ) |
| Plaintiffs, | ) ) |
| v. | ) No. 22-00384-CV-W-BP ) |
| GXO WAREHOUSE COMPANY, INC., f/k/a XPO LOGISTICS SUPLLY CHAIN, | ) ) ) ) |
| Defendant. | ) |

**CLERK'S ORDER OF DISMISSAL**

On the 9th day of July 2024, a Joint Stipulation of Dismissal with Prejudice was filed herein,

IT IS ORDERED that this action in its entirety, including all claims and counterclaims, is **DISMISSED** with prejudice. Each party to bear its own attorneys' fees and costs. The Court retains jurisdiction to enforce the terms of the parties' Confidential Settlement Agreement.

AT THE DIRECTION OF THE COURT

Paige Wymore-Wynn, Clerk of Court
**/s/ Shauna Murphy-Carr**
Deputy Clerk

Date: July 10, 2024